**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Vincent McDANIEL, Defendant–
Appellant.**

No. 08–30264
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2008.

Cristina Walker, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Betty Lee Marak, Federal Public Defender's Office, Western District of Louisiana, Shreveport, LA, for Defendant–Appellant.

Before DAVIS, WIENER, and PRADO, Circuit Judges.

PER CURIAM: *

On appeal from the denial of the district court's sua sponte motion to modify Vincent McDaniel's sentence, the Federal Public Defender appointed to represent McDaniel has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). McDaniel has filed a response.

Our independent review of the record, counsel's brief, and McDaniel's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.